# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | |
| NINTH INNING INC., doing business as The Mucky Duck, for itself and for all others similarly situated; et al., *Plaintiffs-Appellants*, v. NATIONAL FOOTBALL LEAGUE, INC.; et al., *Defendants-Appellees*. | No. 24-5493 |
| NINTH INNING INC.; et al., *Plaintiffs-Appellees*, v. PDB SPORTS LTD.; et al., *Defendants-Appellants*, and DIRECTV, LLC; et al., *Defendants*. | No. 24-5691 |

**PLAINTIFFS-APPELLANTS' OPPOSITION TO DEFENDANTS-APPELLEES' MOTION TO CONTINUE SEAL OF OPPOSITION BRIEFS**

1

On January 31, 2025, Defendants-Appellees ("Defendants") and non-parties CBS Corporation and ESPN moved to seal significant portions of the Excerpts of Record appended to Plaintiffs-Appellants' ("Plaintiffs") opening brief. Together, these motions seek to seal three categories of evidence: 1) Plaintiffs' expert reports; 2) the written agreements underlying the conspiracy to unreasonably restrain trade; and 3) communications between Defendants and their co-conspirators about those agreements. *See* Dkt. 67, Dkt. 71, Dkt. 74. Plaintiffs filed briefs opposing each of those motions on February 10, 2025. *See* Dkt. 82, Dkt. 83, Dkt. 84. Defendants now move to seal those opposition briefs because they refer to material from the Excerpts of Record that Defendants seek to maintain under seal. Dkt. 93.

Defendants' latest motion should be denied for the same reasons stated in Plaintiffs' opposition briefs. Each of the three categories of evidence at issue is important to the public's understanding of this appeal, the district court decision that gave rise to this appeal, and the jury's verdict that Defendants violated the antitrust laws. Defendants have not met their burden of providing "compelling reasons" why their private business interests outweigh the strong presumption of public access to these judicial records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

March 13, 2025

Respectfully submitted,

/s/ *Ian Gore*
Ian Gore
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
Fax: (206) 516-3883
igore@susmangodfrey.com

*Counsel for Plaintiffs-Appellants*