UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | No. 24-5493<br><br>D.C. No. 2:15-ml-02668-PSG-SK<br>Central District of California, Los Angeles |
| NINTH INNING INC., doing business as The Mucky Duck; for itself and for all others similarly situated; et al., | ORDER |
| Plaintiffs - Appellants, | |
| v. | |
| NATIONAL FOOTBALL LEAGUE, INC; et al., | |
| Defendants - Appellees. | |

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | No. 24-5691<br>D.C. No. 2:15-ml-02668-PSG-SK<br>Central District of California, Los Angeles |
| NINTH INNING INC.; et al., | |
| Plaintiffs - Appellees, | |
| v. | |
| PDB SPORTS LTD; et al., | |
| Defendants - Appellants, | |

and

DIRECTV, LLC; et al.,

             Defendants.

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 37) to file an oversized first brief on cross-appeal is granted.

Appellants filed a notice of intent (Docket Entry No. 38) to file publicly the first brief on cross-appeal. *See* 9th Cir. R. 27-13(f). No other party having filed a motion to file or maintain the document under seal, the clerk will file publicly the first brief on cross-appeal (Docket Entry No. 41) and Volumes 1 through 16 of the excerpts of record (Docket Entry No. 39).

Appellants also filed a notice of intent (Docket Entry No. 40) to file publicly Volumes 17 through 20 of the excerpts of record. The opposed motions (Docket Entry Nos. 67, 71, 74, 76) to intervene and to maintain portions of Volumes 17 through 20 of the excerpts of record under seal are granted, subject to reconsideration by the merits panel. The clerk will file publicly the motions to seal and supporting appendices and declarations (Docket Entry Nos. 74.1, 76.1, 76.3, 76.4). The clerk will maintain Volumes 17 through 20 of the excerpts of record under seal at Docket Entry No. 42.

24-5493

Appellants also filed notices of intent (Docket Entry Nos. 79, 80, 81) to file publicly the oppositions to the motions to seal Volumes 17 through 20. The opposed motion (Docket Entry No. 93) to maintain under seal the oppositions to the motions to seal Volumes 17 through 20 is granted, subject to reconsideration by the merits panel. The clerk will file publicly the motion to seal the oppositions (Docket Entry No. 93.1). The clerk will maintain the oppositions under seal at Docket Entry Nos. 82, 83, and 84.

The motion (Docket Entry No. 92) for an extension of time to file the second brief on cross-appeal is granted. The second brief on cross-appeal is due June 10, 2025. The third brief on cross-appeal is due July 10, 2025. The optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal.

24-5493