# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | Nos. 24-5493, 24-5691

**Case Name** | In re: National Football League's "Sunday Ticket" Antitrust Litigation

**Hearing Location (*city*)** | Pasadena, CA

**Your Name** | Paul D. Clement

List the sitting dates for the two sitting months you were asked to review:

December 8-12, 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on December 8-12, 2025. I am already scheduled to present oral argument in Toupin v. City of Apple Valley, No. 25-cv-2486 (D. Minn.) and Toupin v. City of Bloomington, No. 25-cv-2487, on December 12, 2025, and I have two cases slated to be argued in the United States Supreme Court's December sitting, which covers December 8-10.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** | s/ Paul D. Clement     **Date** | 9/22/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 32                                                                 New 12/01/2018