### SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TX 77002-5096<br>(713) 651-9366 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880 | ONE MANHATTAN WEST<br>NEW YORK, NEW YORK 10001-8602<br>(212) 336-8330 |

MARC SELTZER
DIRECT DIAL (310) 789-3102

E-MAIL MSELTZER@SUSMANGODFREY.COM

September 23, 2025

BY CM/ECF

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
Richard H. Chambers Courthouse
125 South Grand Avenue
Pasadena, CA 91105

Re: *Ninth Inning Inc. v. NFL, Inc.*, Nos. 25-5493 & 24-5691 Appellees/Cross-Appellants' Response to Notice of Case Being Considered for Oral Argument

Dear Ms. Dwyer:

On behalf of Appellants/Cross-Appellees Ninth Inning Inc. *et al.*, I write regarding Appellees/Cross-Appellants' response to the Court's notice of case being considered for oral argument. Doc. No. 172. Appellants/Cross-Appellees did not have any conflicts on the dates the Court proposed—December 8-12, 2025. Counsel for Appellees/Cross-Appellants, however, advised the Court that he is unavailable for argument on any of those dates.

This Court directed that, if counsel is unavailable for the proposed dates, he must "consult with opposing counsel to propose an alternate date and/or location." Doc. No. 171. We are in the process of reaching out to counsel for Appellees/Cross-Appellants to initiate that consultation process. We will advise the Court of the outcome as soon as practicable.

Sincerely,

*/s/ Marc Seltzer*