October 3, 2025

**Via Electronic Filing**

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

      Re: *In re National Football League's "Sunday Ticket" Antitrust Litigation*,
      Nos. 24-5493 & 24-5691

Dear Ms. Dwyer:

      We represent the parties in the above-captioned litigation. On September 17, 2025, this Court issued a Notice stating that the case was being considered for oral argument on December 8-12, 2025, in Pasadena. On September 22, Mr. Clement filed a response indicating that he is unavailable on those dates. Consistent with this Court's instructions, the parties have conferred regarding alternate dates. The parties jointly and respectfully inform the Court that they are available for oral argument on February 10-13, 2025, in Pasadena. Thank you for your consideration.

                  Sincerely,

                  s/ Paul D. Clement
                  Paul D. Clement
                  *Counsel for Defendants-Appellees/*
                  *Conditional Cross-Appellants*

                  s/ Marc M. Seltzer
                  Marc M. Seltzer
                  *Counsel for Plaintiffs-Appellants/*
                  *Conditional Cross-Appellees*

cc: All Counsel of Record