# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5493, 24-5691

**Case Name** Ninth Inning Inc., et al. v. National Football League, Inc, et al.

Hearing Location (*city*) Pasadena, CA

Your Name Paul D. Clement

List the sitting dates for the two sitting months you were asked to review:

February 2-6, 9-13; March 2-6, 9-13.

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

February 2, 2026: Return travel from a speaking engagement in Miami.
February 3-6, 2026: These dates were offered to another U.S. Court of Appeals as the mutually available oral argument dates for all three parties in a set of consolidated appeals that have already been rescheduled once. See Mot. to Reschedule Oral Arg., Dkt.96 (Oct. 21, 2025, Fed. Cir. No. 24-1243) ("[A]ll parties' counsel are available for oral argument on February 3-6, 2026."); Dkt.97 (granting the motion to reschedule).
March 2-4, 2026: Travel to/from and participate in NFL team owner meetings in Florida.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** s/ Paul D. Clement   **Date** 10/28/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**   New 12/01/2018