# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5493 & 24-5691

**Case Name** In re NFL's Sunday Ticket Antitrust Litigation

**Hearing Location** (*city*) Pasadena

**Your Name** Jeffrey A. Lamken

List the sitting dates for the two sitting months you were asked to review:

February 2-6 & 9-13; March 2-6 & 9-13

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

We have conferred with opposing counsel, and all parties remain available on February 10-13, 2026, as noted in the parties' joint letter of October 3, 2025. I will be unavailable March 12-13 due to a long-planned vacation.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Jeffrey A. Lamken  **Date** 10/28/2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*