UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NINTH INNING INC., doing business as The Mucky Duck; for itself and for all others similarly situated; et al.,

Plaintiffs - Appellants,

v.

NATIONAL FOOTBALL LEAGUE, INC; et al.,

Defendants - Appellees,

---------------------------------------

ESPN, INC. and PARAMOUNT GLOBAL, INC.,

Intervenors.

No. 24-5493

D.C. No.
2:15-ml-02668-PSG-SK
Central District of California,
Los Angeles

ORDER

NINTH INNING INC.; et al.,

Plaintiffs - Appellees,

v.

PDB SPORTS LTD; et al.,

Defendants - Appellants,

DIRECTV, LLC; et al.,

Defendants,

No. 24-5691

D.C. No.
2:15-ml-02668-PSG-SK
Central District of California,
Los Angeles

---------------------------------------

ESPN, INC. and PARAMOUNT GLOBAL, INC.,

Intervenors.

Before: H.A. THOMAS and JOHNSTONE, Circuit Judges, and LEFKOW, District Judge.*

Non-Party CBS Corporation's Motions to Seal Disposition (Case No. 24-5493, Dkt. No. 184; Case No. 24-5691, Dkt. No. 171) are **DENIED** as moot because the dispositions do not reference any sealed information. The excerpts of record and briefing for which the Appellate Commissioner previously granted sealing motions remain sealed.

* The Honorable Joan H. Lefkow, United States District Judge for the Northern District of Illinois, sitting by designation.